# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUTI A. AJAMU-OSAGBORO, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-05355 |
| | : | |
| GEORGE PATRICK, WARDEN, et al., | : | |
|     Respondents. | : | |

## ORDER

And now, this 2nd day of June 2009, upon careful consideration of the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1), the government's response, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and petitioner's objections thereto, and the government's response it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**.

2. The Report and Recommendation of United States Magistrate Judge Linda K. Caracappa is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DISMISSED** as non-cognizable or untimely.

4. Petitioner's Motion to Rebut (Doc. 61) is **DENIED**.

5. The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability, see 28 U.S.C. § 2253(c).

6. The Clerk shall **CLOSE** this case statistically.

                                                                                                                                                     s/William H. Yohn Jr.  
                                                                                  William H. Yohn Jr., Judge